**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

DISPLAY TECHNOLOGIES, LLC,

        *Plaintiff,*

v.

LG ELECTRONICS USA, INC.,

        *Defendant.*

Civil Action No. 2:17-cv-00069-JRG-RSP

**JURY TRIAL DEMANDED**

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant LG Electronics USA, Inc. ("LG Electronics") respectfully moves the Court to extend the time for LG Electronics to move, answer, or otherwise respond to Plaintiff's complaint to April 18, 2017.  On February 15, 2017, a first Unopposed Application for Extension of Time to Answer Complaint was filed, extending the deadline for LG Electronics' answer to March 18, 2017.  On March 16, 2017, a second Unopposed Application for Extension of Time to Answer Complaint was filed, extending the deadline for LG Electronics' answer to April 3, 2017.  Due to the parties exchanging information and continuing discussions related to a possible resolution, LG Electronics hereby requests this additional extension of 15 days, extending the deadline for LG Electronics' response to April 18, 2017.  In addition, LG Electronics hereby represents to the Court that it will not request additional extensions past April 18, 2017 to move, answer, or otherwise respond to Plaintiff's original complaint [Dkt. No. 1].  Counsel for LG Electronics has consulted with counsel for Plaintiff, and Plaintiff does not oppose this request for an extension.

LG Electronics files this motion without waiving any potential defenses, including those available under Federal Rule of Civil Procedure 12.

Dated: March 30, 2017

Respectfully submitted,

*/s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email: gil@gillamsmithlaw.com

Aidan C. Skoyles *(pro hac vice pending)*
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP
901 New York Ave NW
Washington DC 20001
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400
Email: aidan.skoyles@finnegan.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being notified of the filing of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 30th day of March, 2017.

*/s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.