**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>  *Plaintiff,*<br><br>v.<br><br>LG ELECTRONICS USA, INC.,<br><br>  *Defendant.* | Civil Action No. 2:17-cv-00069-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Bobby Lamb of Gillam & Smith LLP enters his appearance in this matter as additional counsel on behalf of Defendant LG Electronics USA, Inc.

Bobby Lamb may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: wrlamb@gillamsmithlaw.com.

Dated: March 30, 2017

Respectfully submitted,

 */s/ Bobby Lamb*
Bobby Lamb
State Bar No.24080997
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email: wrlamb@gillamsmithlaw.com

*Attorney for Defendant*
**LG Electronics USA, Inc.**

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 30th day of March, 2017, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

      */s/ Bobby Lamb*
      Bobby Lamb