# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:17-CV-00070-JRG-RSP |
| | | (lead case) |
| HTC AMERICA, INC. | § § § | |
| Defendant. | § | |

_____

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:17-CV-00067-JRG-RSP |
| BLU PRODUCTS, INC., | § § § | |
| Defendants. | § | |

_____

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:17-CV-00068-JRG-RSP |
| ZTE (USA) INC., | § § § | |
| Defendant. | § | |

_____

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, § § | |
| Plaintiff, § § | |
| v. § | No. 2:17-CV-00069-JRG-RSP |
| § § | |
| LG ELECTRONICS USA, INC., § § | |
| Defendant. § | |

## ORDER DESIGNATING NEW LEAD CASE

On July 10, 2017, the District Clerk transferred Case No. 2:17-CV-00070 to the United States District Court for the Western District of Washington pursuant to the Court's Order [Dkt. # 36]. That case was the lead case for member case Nos. 2:17-CV-00067, -00068, and -00069, which were not transferred. In light of the transfer, the Court **ORDERS** that

[1]   Case No. 17-CV-00068 is designated the new lead case for, and remains consolidated with, member case Nos. 2:17-CV-00067 and 2:17-CV-00069; and

[2]   All court orders entered in Case No. 2:17-CV-00070 are deemed operative in Case No. 2:17-CV-00068 and its member cases.

**SIGNED this 10th day of July, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE